AO 120 (Rev.3/04)

| TO: **Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 07cv2025 DMS (POR) | 10/18/07 | Southern District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| AddVenture Products, Inc. | Smoothreads, Inc. |

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1 5,042,227 | 6 | 11 |
| 2 D431,184 | 7 | 12 |
| 3 D445,671 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1 | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| W. Samuel Hamrick, Jr. | | |