Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398
E-mail: ajd@procopo.com
jlr@procopio.com

FILED
07 OCT 18 PM 4:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PM DEPUTY

Attorneys for Plaintiff
ADDVENTURE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMOOTHREADS, INC., a California corporation, d/b/a $2.95 GUYS,<br><br>Defendant. | Case No.:<br>'07 CV 2025 DMS POR<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br>[Via Fax] |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Civil Rule 40.2, Plaintiff AddVenture Products, Inc. hereby states that there is no parent company for the entity and no publicly held corporation holds 10% or more of the stock of the corporation.

DATED: October 17, 2007

Respectfully submitted,

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: ____________________

John L. Roberts
Attorney for Plaintiff
ADDVENTURE PRODUCTS, INC.