Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398
E-mail: ajd@procopo.com
jlr@procopio.com

Attorneys for Plaintiff
ADDVENTURE PRODUCTS, INC.

FILED
07 OCT 18 PM 4:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: POR DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMOOTHREADS, INC., a California corporation, d/b/a $2.95 GUYS,<br><br>Defendant. | Case No.: '07 CV 2025 DMS POR<br><br>**NOTICE OF RELATED CASES**<br>[Via Fax] |

Pursuant to Local Civil Rule 40.1(e), Plaintiff AddVenture Products, Inc. ("AddVenture") provides notice of the following related cases:

1. Plaintiff AddVenture is presently suing a different defendant for numerous claims, including for infringement of some of the patents at issue in this case. That action is proceeding in the U.S. District Court for the Southern District of California, and is entitled *AddVenture Products Inc v. Simply Smashing Inc.*, Civil Action No. 3:07-cv-00499-BTM-AJB. That case involves numerous patents not at-issue in this case, as well as claims for breach of contract, unfair competition, and related claims and counter-claims that are not related to the present lawsuit.

2. Plaintiff AddVenture is also preparing to sue another different set of defendants for infringing the patents at issue in this case, as well as other patents. That action will not involve the non-patent claims at issue in the present case. That action is planned to be filed in the U.S. District Court for the Southern District of California, and will be entitled *AddVenture Products Inc v. Robert Weinberg, et al.*

3. The following additional cases against different defendants involved similar subject matter, but were terminated prior to reaching their substantive merits:

- *Addventure Products, Inc. v. Simply Smashing, Inc.*
  - 04-cv-00437-LAB-POR
  - filed 03/01/04
  - closed 06/15/04
- *Addventure Products v. Smoothreads Inc., et al*
  - 3:04-cv-00435-LAB-AJB
  - filed 03/01/04
  - closed 12/07/04
- *Addventure Products v. Bryder Intl Inc, et al*
  - 3:04-cv-00436-BTM-RBB
  - filed 03/01/04
  - closed 03/21/06
- *Addventure Products v. Creative Custom Tees*
  - 3:05-cv-00560-L-CAB
  - filed 03/21/05
  - closed 05/03/06
- *Addventure Products v. Smoothreads Inc.*
  - 3:05-cv-00629-L-LSP
  - filed 03/29/05
  - closed 02/02/06

In view of the foregoing, assignment of this case to the Honorable United States District Judge Barry Ted Moskowitz would be likely to effect a saving of judicial effort in construing the claims of the patents common to this case and the ongoing case *AddVenture Products Inc v. Simply Smashing Inc.*, Civil Action No. 3:07-cv-00499-BTM-AJB.

DATED: October 17, 2007

Respectfully submitted,

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: [signature]

John L. Roberts
Attorney for Plaintiff
ADDVENTURE PRODUCTS, INC.