Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 18 PM 4:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

ADDVENTURE PRODUCTS, INC., a California corporation,

vs

SMOOTHREADS, INC., a California corporation, d/b/a $2.95 GUYS

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2025 DMS POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Anthony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego CA 92101-4469

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

OCT 18 2007
DATE

P. DELACRUZ
By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com