Darren J. Quinn (149679)
Alexander E. Papaefthimiou (236930)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

*Attorneys for Defendant Smoothreads, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMOOTHREADS, INC., a California corporation, d/b/a $2.95 GUYS,<br><br>Defendant. | CASE NO. **07-cv-2025**<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am over eighteen (18) years of age, am not a party to the above-captioned action, and am employed in Del Mar, California with a business address at 12702 Via Cortina, Suite 105, Del Mar, California 92014. On November 19, 2007, I caused the following document(s):

- **ANSWER**

to be served upon:

Anthony J. Dain
PROCOPIO, CORY, HARGREAVES,
& SAVITCH, LLP
530 "B" Street, Suite 2100
San Diego, California 92101
ajd@procopio.com

*Attorneys for plaintiff*

by way of the following method(s):

[X] BY CM/ECF by electronically filing the foregoing document(s) through the above-captioned court's electronic document filing system, through which the document(s) were automatically transmitted to the foregoing person(s).

[X] BY REGULAR MAIL by placing copies of the foregoing document(s), with postage fully prepaid, with a United States Postal Service facility in Del Mar, California.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed: November 19, 2007 s/s Alex Papaefthimiou
Alexander E. Papaefthimiou