Darren J. Quinn (149679)
Alexander E. Papaefthimiou (236930)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

*Attorneys for Defendant Smoothreads, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMOOTHREADS, INC., a California corporation, d/b/a $2.95 GUYS,<br><br>Defendant. | CASE NO. **07-cv-2025**<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendant SMOOTHREADS, INC., d/b/a 2.95 GUYS ("Defendant") makes this *ex parte* application to continue the Early Neutral Evaluation Conference ("ENE") currently set for January 22, 2008 to February 6, 2008 at 2:00 p.m.

Plaintiff ADDVENTURE PRODUCTS, INC. ("Plaintiff") does not oppose moving the ENE until February 6, 2008 at 2:00 p.m., but was unavailable to review a joint motion to continue the ENE.

Good cause exists to continue the ENE conference until February 6, 2008 at 2:00 p.m. The good cause includes:

1. Defendant's principal (Lance Beesley) is scheduled to attend the World of Concrete trade show in Las Vegas, NV during the dates January 21, 2008 through January 25, 2008. *See* Attached Trade Show dates from www.worldofconcrete.com.

2. Defendant is an exhibitor at the World of Concrete trade show in Las Vegas, NV. *See* Attached Exhibitor Information from www.worldofconcrete.com.

3. Defendant's principal (Lance Beelsely) did not have actual notice of the ENE until after it had registered in the World of Concrete trade show until Thursday, December 20, 2007.

   a. Defendant's lead attorney Darren Quinn was not aware of the ENE order until December 20, 2007, because the ENE notice was sent to attorney Alex Papaethimiou only instead of both attorney Darren Quinn and Alex Papaethimiou.

   b. Defendant's attorney Darren Quinn gave notice to Defendant's principal Lance Beesley on December 20, 2007.

   c. Defendant's attorney Darren Quinn was out of the office from late morning December 20, 2007 due to a 10th Wedding Anniversary trip he was leaving on that afternoon.

   d. Defendant 's principal (Lance Beesely) promptly responded on December 27, 2007 when he returned from the holidays.

   e. Defendant's attorney Darren Quinn promptly sent plaintiff's attorney an email

on December 27, 2007 alerting plaintiff of the conflict and request to move the ENE.

f. On December 31, 2007, defendant's attorney Darren Quinn and plaintiff's attorney John Roberts spoke telephonically regarding moving the ENE.

g. On January 2, 2008, defendant's attorney Darren Quinn called the Court to obtain potential alternative dates for the ENE.

h. On January 2, 2008, plaintiff's attorney was emailed the potential alternative dates for the ENE provided by the Court.

i. On January 3, 2008, plaintiff indicated via email that the potential alternative dates of February 6, 2008 or February 8, 2008 were acceptable to plaintiff.

j. On January 3, 2008, defendant's attorney attempted to contact defendant's principal Lance Beesley regarding plaintiff's acceptable dates of February 6th and February 8th, but Mr. Beesley was out sick.

k. On January 4, 2008, defendant's attorney attempted to contact defendant's principal Lance Beesley regarding plaintiff's acceptable dates of February 6th and February 8th, but Mr. Beesley was still out sick.

l. On January 7, 2008, defendant's principal Lance Beesley confirmed that February 6, 2008 was an acceptable date.

4. Requiring Defendant's principal Lance Beesley to not attend the World of Concrete Tradeshow would cause prejudice to Defendant including costs of attending the trade show, potential damage to relationship with existing clients that will be attending the show and/or potential damage from an inability to meet with prospective new clients.

5. The Court indicated that February 6, 2008 at 2:00 p.m. was an available date to conduct an ENE.

6. Plaintiff is agreeable to continuing the ENE until February 6, 2008 at 2:00 p.m.

7. Defendant was unable to reach plaintiff to file this as a Joint Motion per the ENE order, so it has been filed as an unopposed *ex parte* application.

Dated: January 7, 2008

Respectfully submitted by,

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN
ALEXANDER E. PAPAEFTHIMIOU

s/s Darren J. Quinn
Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, CA 92014
Telephone: (858) 509-9401

*Attorneys for Defendant SMOOTHREADS, INC.*

**PROOF OF SERVICE**

I am over eighteen (18) years of age, am not a party to the above-captioned action, and am employed in Del Mar, California with a business address at 12702 Via Cortina, Suite 105, Del Mar, California 92014.

I caused the following document(s):

- **UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**

**Anthony J Dain**
ajd@procopio.com

**Alexander E Papaefthimiou**
alex@dqlaw.com,ap@apesq.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed: January 7, 2008 s/s Darren J. Quinn
Darren J. Quinn

HOME | CONTACT US | FAQs Monday, January 07, 2008

THERE'S ONLY ONE.



WORLD OF CONCRETE
WORLD OF MASONRY | TECHNOLOGY FOR CONSTRUCTION
hanley wood
JANUARY 22-25; SEMINARS 21-25, 2008
LAS VEGAS CONVENTION CENTER | LAS VEGAS, NEVADA

| Print Page | Email this Page

Attendee Info
ATTENDEE REGISTRATION
ATTENDEE HOUSING
MIP 2008 vote now
CONCRETEVISION EXHIBITOR VIDEOS ON-DEMAND

Exhibitor Info
EXHIBITOR REGISTRATION
EXHIBITOR HOUSING

- World of Masonry
- Testimonials
- Press Center
- Cosponsors
- Destination Las Vegas
- Floor Plan
- Exhibitor & Product Search
- CIM Auction



Click above to order WOC 2008 Collectible Model

SN 50 FASTEST CELEBRATING SUCCESS!

U.S. COMMERCIAL SERVICE United States of America Department of Commerce

Click below for other events produced by Hanley Wood:

Exhibitions hanley wood



View/Download WOC Digital Brochure

With more than 900,000 net sq. ft. of exhibits occupied by 1,739 exhibitors, and professional registrants of 91,628, World of Concrete 2007 was the largest show in its 33-year history! This year, WOC 2008 promises to bring you an even bigger and better show with all of the production equipment, handling tools, trucks, the latest technologies, 90-minute and three-hour seminar programs, indoor and outdoor events & demonstrations, resources and valuable information for the concrete and masonry industry professionals.

## Show Hours

- **Monday, January 21**
  **WOC 3-hour Seminars**:
  8:00 am - 11:00 am; 1:00 pm - 4:30 pm

  **WOC 90-minute Seminars**:
  8:00 am - 9:30 am; 10:00 am - 11:30 am
  1:00 pm - 2:30 pm; 3:00 pm - 4:30 pm

- **Tuesday, January 22 - Thursday, January 24**
  **WOC 3-hour Seminars**:
  8:00 am -11:00 am

  **WOC 90-minute Seminars**:
  8:00 am - 9:30 am; 3:00 - 4:30 pm

  **Exhibits**:
  9:30 am - 5:00 pm

- **Friday, January 25**
  **WOC 3-hour Seminars**:
  8:00 am -11:00 am

  **WOC 90-minute Seminars**: 8:00 am - 9:30 am

  **Exhibits**: 9:30 am - 1:00 pm

## Pricing

- **WOC 3-Hour Seminars**
  $105 - Online through December 20, 2007
  $135 - After December 20 and Onsite
- **WOC 90-Minute Seminars**
  $80 - Online through December 20, 2007
  $105 - After December 20 and Onsite
- **Exhibits-Only**
  $35 - Online through December 20, 2007
  $65 - After December 20 AND onsite

## Future Dates

- **WOC 2009**: February 3-6; Seminars 2-6
- **WOC 2010**: February 2-5; Seminars 1-5
- **WOC 2011**: January 18-21; Seminars 17-21

**Please note**: dates are subject to change.

***The use of Segway and Segway-type units are prohibited on the show floor.***

TEREX.
at&t Your world. Delivered.
M2 FREIGHTLINER Run Smart
QUALITY CHANGES THE WORLD SANY
HONDA Power Equipment for construction applications
UNITEC Concrete Power Tools www.csunitec.com WOC Booth S10949
Putzmeister 50 years WOC 2008

Privacy Policy | © 2007 Hanley-Wood | World of Concrete is a registered trademark of Hanley-Wood.

THERE'S ONLY ONE.



WORLD OF CONCRETE® WORLD OF MASONRY | TECHNOLOGY FOR CONSTRUCTION hanley▲wood

JANUARY 22-25; SEMINARS 21-25, 2008
LAS VEGAS CONVENTION CENTER | LAS VEGAS, NEVADA







Click above to order WOC 2008 Collectible Model

TSN 50 FASTEST CELEBRATING SUCCESS!

U.S. COMMERCIAL SERVICE United States of America Department of Commerce

Click below for other events produced by Hanley Wood:

Exhibitions hanley▲wood

Exhibitor List Index:

[A] [B] [C] [D] [E] [F] [G] [H] [I] [J] [K] [L] [M] [N] [O] [P]
[Q] [R] [S] [T] [U] [V] [W] [X] [Y] [Z] [Others] [All]

Search Again

**Your search has produced the following results:**

**Exhibitor List**

| COMPANY NAME | BOOTH# |
|---|---|
| $2.95 Guys | S14010 |
| Previous 1 | Next |

| FIND A COMPANY | |
|---|---|
| Keyword | $2.95 Guys |
| Category | ADA Products<br>Admixtures<br>Aggregate Processing |
| Subcategory | |
| Country | Australia<br>Brazil<br>Canada |
| State/Province | Alabama<br>Alaska<br>Arizona<br>Arkansas |
| Hall | C1<br>C2<br>C3<br>C4.1 |
| Pavilion | Producer Center<br>World of Masonry<br>Material Handling<br>Concrete Repair and Demoliti |
| Search Reset | |

TEREX.
at&t Your world. Delivered.
M2 FREIGHTLINER Run Smart
QUALITY CHANGES THE WORLD SANY
HONDA Power Equipment for construction applications
UNITEC Concrete Power Tools www.csunitec.com WOC Booth S10949
Putzmeister 50 years WOC 2008

Privacy Policy | © 2007 Hanley-Wood | World of Concrete is a registered trademark of Hanley-Wood.

**Darren Quinn**

---

**From:** Roberts, John L. [JLR@procopio.com]
**Sent:** Thursday, January 03, 2008 11:57 AM
**To:** alexp@antelecom.net
**Cc:** dq@dqlaw.com
**Subject:** RE: AddVenture Products, Inc. v. Smoothreads, Inc., SD Cal case #: 3:07-cv-02025-BTM-AJB

Thank you for the info. Client will be away Feb 19th and 22nd so it would have to be the 6th or 8th.

John Roberts
Attorney at Law
Procopio, Cory, Hargreaves & Savitch LLP 530 B Street, Suite 2100 San Diego, CA 92101
direct: 760.496.0777
direct fax: 619.398.0186
www.procopio.com

-----Original Message-----
From: alexp@antelecom.net [mailto:alexp@antelecom.net]
Sent: Wednesday, January 02, 2008 5:30 PM
To: Roberts, John L.
Cc: dq@dqlaw.com
Subject: AddVenture Products, Inc. v. Smoothreads, Inc., SD Cal case #: 3:07-cv-02025-BTM-AJB

John,

I hope you had a relaxing holiday.

Darren has contacted the court and obtained the following potential dates and times to which the Early Neutral Evaluation Conference may be rescheduled:

1. Wednesday, February 6, 2008 at 2:00 p.m.
2. Friday, February 8, 2008 at 10:00 a.m.
3. Friday, February 8, 2008 at 2:00 p.m.
4. Tuesday, February 19, 2008 at 10:00 a.m.
5. Friday, February 22, 2008 at 10:00 a.m.
6. Friday, February 22, 2008 at 10:00 a.m.

Please advise as to which of the foregoing dates will allow a representative of your client with settlement authority and a member of your office to be present at the Early Neutral Evaluation Conference.

Regards,

Alex

--------------------------------------------------------
01/03/08, 11:57:31

This is an email from Procopio, Cory, Hargreaves & Savitch LLP, Attorneys at Law. This email and any attachments hereto may contain information that is confidential and/or protected by the attorney-client privilege and attorney work product doctrine. This email is not intended for transmission to, or receipt by, any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients is not intended to and does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, immediately notify the sender of the erroneous receipt and destroy this email, any attachments, and all copies of same, either electronic or printed. Any disclosure, copying, distribution, or

use of the contents or information received in error is strictly prohibited.

Federal tax regulations require us to notify you that any tax advice in this electronic message was not intended or written to be used, and cannot be used, for the purpose of avoiding penalties.
========================================================