cal______

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADD VENTURE PRODUCTS, INC., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>SMOOTHREADS, INC., a California Corporation, dba $2.95 GUYS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.07cv2025 BTM (AJB)<br><br>ORDER GRANTING EX PARTE MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE |

For good cause show, the Court continues the Early Neutral Evaluation Conference ("ENE") currently set for January 22, 2008 to ***February 6, 2008 at 2:00 p.m.*** Defendant's settlement brief remains due one week before the ENE

IT IS SO ORDERED.

DATED: January 8, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court