Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398
E-mail: ajd@procopio.com
jlr@procopio.com

Attorneys for Plaintiff
ADDVENTURE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMOOTHREADS, INC., a California corporation, d/b/a $2.95 GUYS,<br><br>Defendant. | Case No.: 3:07-cv-02025-BTM-AJB<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the following counsel hereby enter an appearance on behalf of Plaintiff ADDVENTURE PRODUCTS, INC.

///

///

///

///

///

John L. Roberts (SBN 208927)
jlr@procopio.com
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego CA 92101
Tel: (619) 238-1900
Fax: (619) 235-0398

DATED: February 5, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ John L. Roberts
Anthony J. Dain
John L. Roberts
Attorneys for ADDVENTURE PRODUCTS, INC.