Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398
E-mail: ajd@procopo.com
jlr@procopio.com

Attorneys for Plaintiff
ADDVENTURE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMOOTHREADS, INC., a California corporation, d/b/a $2.95 GUYS,<br><br>Defendants. | Case No.: 3:07-CV-02025-BTM-AJB<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On February 5, 2008, I served the within documents:

NOTICE OF APPEARANCE

[X] by filing the foregoing document(s) with the Clerk of the Court for the U.S. District Court, Southern District of California, using the Electronic Case filing ("ECF") system of the Court. The attorney(s) listed below have been consented to receive service by electronic means and was served a "Notice of Electronic Filing" sent by the ECF system.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Darren J. Quinn
Alexander E. Papaefthimiou
Law Offices of Darren J. Quinn
12702 Via Cortina, Suite 105
Del Mar CA 92014
Tel: (858) 509-9401
dq@dqlaw.com
alex@dqlaw.com

Counsel for SMOOTHREADS, INC.

[ ] *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 5, 2008, at San Diego, California.

*/s/* John L. Roberts
John L. Roberts