cal______

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADD VENTURE PRODUCTS, INC., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>SMOOTHREADS, INC., a California Corporation, dba $2.95 GUYS,<br><br>Defendants. | Civil No.07cv2025 BTM (AJB)<br><br>ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE |

The Court hereby continues the Early Neutral Evaluation Conference that was previously scheduled for February 6, 2008, to ***April 30, 2008 at 10:00 a.m.***

IT IS SO ORDERED.

DATED: February 15, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court