cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADD VENTURE PRODUCTS, INC., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>SMOOTHREADS, INC., a California Corporation, dba $2.95 GUYS,<br><br>Defendants. | ) | Civil No.07cv2025 BTM (AJB)<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE |

On February 25, 2008, the Court convened a Settlement Conference in the above entitled action. Appearing were John Roberts, Esq. and Alan Davis on behalf of plaintiff; Diane Mason, Esq. and Tim Fruehe on behalf of defendant.

Counsel report that they have worked out a settlement in the action, subject to the signature on the proposed settlement documents. It is hoped that things can be completed this week and a dismissal forwarded to the Court.

The parties are set to commence the claims construction process in March, which will lead to a June Claims Construction Hearing. If settlement does not occur this week as proposed, then the parties will proceed as scheduled.

///

///

///

The Court has invited the parties to call if any assistance with the final documentation would be helpful.

IT IS SO ORDERED.

DATED: February 25, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court