cal______

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADD VENTURE PRODUCTS, INC., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>SMOOTHREADS, INC., a California Corporation, dba $2.95 GUYS,<br><br>Defendants. | ) | Civil No.07cv2025 BTM (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On April 30, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were John Roberts, Esq. and Alan Davis, client representative on behalf of plaintiff; Darren Quinn, Esq. and Lance Beaseley, client representative on behalf of defendant.

Settlement could not be reached. A potential frame work for settlement was developed, however, and the parties will continue to work on settlement as the case otherwise proceeds.

By May 9, 2008, the defendant will provide the plaintiff the sales volume figures for the last six years to help in evaluating settlement. The Court and counsel will review the status of ongoing negotiations at a telephonic Settlement Status Conference on ***May 30, 2008 at 9:30 a.m.*** Plaintiff's counsel will set up the conference call.

///

///

///

On May 30, 2008, the Court will also hold a Case Management Conference and set dates for the case. Counsel have already met their Rule 26(f) obligation and will provide the Rule 26(a) disclosures by *May 14, 2008*. Discovery may proceed at this time.

IT IS SO ORDERED.

DATED: May 1, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court