cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADD VENTURE PRODUCTS, INC., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>SMOOTHREADS, INC., a California Corporation, dba $2.95 GUYS,<br><br>Defendants. | Civil No.07cv2025 BTM (AJB)<br><br>ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |

On May 30, 2008, the Court convened a Settlement Status Conference in the above entitled action. Appearing were John Roberts, Esq. and Alan Davis on behalf of plaintiff; Darin Quinn, Esq. and Lance Beasley, client representative on behalf of defendant.

The counsel have continued to produce information and consider settlement. A further discussion as to settlement positions at the conference reveals that settlement is unlikely without further litigation at this point.

The Court and counsel then turned to the scheduling of the case through the Markman proceedings and to the final pretrial conference. A Scheduling Order will be issued separately.

///

///

///

///

To assess the prospects for settlement and to review the efficacy of the schedule, the Court sets a telephonic Case Management Conference for ***January 20, 2009 at 9:00 a.m.*** Plaintiff's counsel will initiate the conference call at that time.

IT IS SO ORDERED.

DATED: June 2, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court